UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

**In Re:**

    Trucking & Contracting Services, LLC,

                                                      Case No. 19-11319-j11

    Debtor.

NOTICE OF PRELIMINARY HEARING ON
DEBTOR'S OBJECTION TO TRIPLE L CLAIM #5

**PLEASE TAKE NOTICE** that a preliminary hearing will be held before the Honorable Robert H. Jacobvitz, U.S. Bankruptcy Judge, in his hearing room, 5th floor of the Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd., NW, Albuquerque, New Mexico on the Debtor's Objection to Triple L's claim #5 on **January 5, 2021 at 11:15 a.m.**

    Counsel/parties may appear by telephone by making arrangements with chambers at least one business day before the hearing. For Judge Jacobvitz's cases, call 505-600-4650 or email jacobvitzstaff@nmb.uscourts.gov. For Judge Thuma's cases, call 505-600–4640 or email thumastaff@nmb.uscourts.gov. Email requests to appear by telephone must contain your name and telephone number, the debtor's name and case number, and the date and time of the hearing.

                                                Respectfully Submitted,
                                                DIANE WEBB, ATTORNEY AT LAW, P.C.,
                                                By /s/P. Diane Webb
                                                   P.O. Box 30456
                                                   Albuquerque, NM 87190-0456
                                                   (505) 243-0600
                                                   Facsimile: (505) 242-7140

I hereby certify that a true and correct copy
of the foregoing pleading was sent by First Class
U.S. mail, postage prepaid to the following on
this 17th day of December, 2020:

Triple L
Attn: Dalia J. Luna
6038 Sorrel Dr.
El Paso, TX 79932

/s/P. Diane Webb